## Fox *v.* Smith.

ATKINSON, J.   1.  "All mechanics of every sort, for work done and material furnished in manufacturing or repairing personal property, shall have a special lien on the same."   Civil Code, § 3354.   The lien so provided for is afforded to mechanics, notwithstanding the work employed in manufacturing or repairing the property may have been performed entirely by an employee of the mechanic.   *Quillian* v. *Central Railroad &c. Co.*, 52 *Ga.* 374.   See also *Bruton & Wade* v. *Beasley*, 135 *Ga.* 412 (69 S. E. 561).

(*a*)  Accordingly, a firm engaged in operating a repair-shop where others are employed to do expert mechanical work, and where material is furnished for the repair of carriages and automobiles, is entitled to a lien on the property manufactured or improved.

2.  The above rulings dispose of the only question raised by the bill of exceptions.           *Judgment affirmed.   All the Justices concur.*
                              JUNE 19, 1915.

Lien foreclosure.   Before Judge Pendleton.   Fulton superior court.   March 5, 1914.

*George B. Rush,* for plaintiff in error.

*Evins, Spence & Moore,* contra.